# SEYFARTH SHAW LLP
ATTORNEYS

620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
212-218-5556

Writer's e-mail
dmonachino@seyfarth.com

January 25, 2010

**VIA ECF AND FACSIMILE TO 631-712-5720**

The Honorable William D. Wall
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re:    Kalpana Shah v. Eclipsys Corporation
              EDNY, Civil Action No. CV 08-2528 (JFB) (WDW)

Your Honor:

This firm represents Eclipsys Corporation ("Eclipsys"), in the above-referenced matter. Pursuant to Your Honor's Individual Practice Rules, and this Court's October 23, 2009 Order, we write to request an adjournment of the pretrial conference scheduled for January 25, 2010 at 2:00 p.m., because Defendant moved for summary judgment pursuant to Federal Rule of Civil Procedure 56. Michele A. Baptiste, Esq., counsel for Plaintiff Kalpana Shah has consented to this request.

                        Respectfully,

                        SEYFARTH SHAW LLP

                        David M. Monachino

cc:    Michele A. Baptiste (via ECF Filing)

BRUSSELS · WASHINGTON, D.C. · SAN FRANCISCO · SACRAMENTO · NEW YORK · LOS ANGELES · HOUSTON · CHICAGO · BOSTON · ATLANTA

AT1 32611440.1

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK