DAVID M. MONACHINO (DM-1527)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500

Attorneys for Defendant
 Eclipsys Corporation

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
KALPANA SHAH,

                    Plaintiff,

    - against -

ECLIPSYS CORPORATION,

                    Defendant.
-----------------------------------------------------------------x

**ECF CASE**
CV 08-2528 (JFB) (WDW)

**NOTICE OF MOTION**
**FOR SUMMARY JUDGMENT**

      PLEASE TAKE NOTICE, that upon the annexed Defendant's Local Civil Rule 56.1 Statement of Undisputed Material Facts, the accompanying Defendant's Memorandum of Law in Support of Its Motion for Summary Judgment, the Declaration of Maile Gilmore, together with Exhibits A through O, and the Compendium of Unreported Decisions Cited in Defendant's Memorandum of Law in Support of Its Motion for Summary Judgment, Defendant Eclipsys Corporation (hereinafter "Eclipsys"), by its attorneys Seyfarth Shaw LLP, will move this Court on June 22, 2010 at 11:00 a.m., before the Honorable Josephy F. Bianco, at the United States Courthouse, United States District Court for the Eastern District of New York, 100 Federal Plaza, Central Islip, New York, 11722, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment to defendant Eclipsys Corporation, and for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       February 26, 2010

SEYFARTH SHAW LLP

By  s/ Ashley C. Adams
    Ashley C. Adams
    Georgia Bar No. 002510
    *Admitted Pro Hac Vice*
    David M. Monachino (DMM 1527)
    620 Eighth Avenue
    New York, New York 10018
      (212) 218-5500

    Attorneys for Defendant
    Eclipsys Corporation

To:    Michele A. Baptiste
       100 Ring Road, Suite 214
       Garden City, New York 11530
       Attorneys for Plaintiff
       Kalpana Shah

12158698v.1