DAVID M. MONACHINO
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500

Attorneys for Defendant
  Eclipsys Corporation

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                :

KALPANA SHAH,                             :   CV 08-2528 (JFB) (WDW)

                         Plaintiff,            :

        - against -                     :

ECLIPSYS CORPORATION,         :

                        Defendant.          :
-----------------------------------------------------------------x

**COMPENDIUM OF UNREPORTED DECISIONS
CITED IN DEFENDANT'S MEMORANDUM OF LAW
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Dated:       New York, New York
                 February 26, 2010

Of Counsel:

       David M. Monachino

SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500

Attorneys for Defendant
Eclipsys Corporation

For the convenience of the Court, Defendant Eclipsys Corporation provides herewith copies of all unreported decisions cited in the accompanying Memorandum of Law in Support of Its Motion for Summary Judgment.

## **CASES**

          **Tab**

*Batac v. Pavarini Constr. Co., Inc.*,
   No. 03-Civ-9783 (PAC), 2005 WL 2838600 (S.D.N.Y. Oct. 27, 2005) ...................................1

*Baur v. Rosenberg, Minc, Falkoff & Wolff*,
   No. 07-Civ-8835(GEL), 2008 WL 5110976 (S.D.N.Y. Dec. 2, 2008).......................................2

*Belgrave v. City of N.Y.*,
   No. 95-CV-1507 (JG), 1999 WL 692034 (E.D.N.Y Aug. 31, 1999) .........................................3

*Brown v. HCF of Shawnee, Inc.*,
   No. 3:07-cv-818, 2008 WL 3200274 (N.D. Ohio Aug. 5, 2008)................................................4

*Demarco v. Stony Brook Clinical Practice Mgmt. Plan*, No. 06-CV-4305 (JG)
   (ARL), 2008 WL 4240023, at * 16 (E.D.N.Y. Sept. 15, 2008)..................................................5

*Maturine v. Am. Int'l Group, Inc.*,
   No. 04-Civ-9064(GBD), 2006 WL 2347806 (S.D.N.Y. Aug. 14, 2006) ..................................6

*O'Reilly v. Consol. Edison Co. of N.Y., Inc.*,
   No. 05-2008-cv, 2006 WL 565690, at **1 (2d Cir. Mar. 9, 2006)............................................7

*Pacenzea v. IBM Corp.*,
   No. 04-civ-5831 (PGG), 2009 WL 890060 (S.D.N.Y. Apr. 2, 2009) .......................................8

*Richter v. Monroe County Dep't of Soc. Serv.*, No. 01-CV-6409-CJS, 2005 WL
   351052, *14 (W.D.N.Y. Feb. 11, 2005) ....................................................................................9

*Schroeder v. Suffolk County Cmty. Coll.*, No. 07-CV-2060 (JFB) (WDW), 2009
   WL 1748869, *6 (E.D.N.Y. June 22, 2009) ............................................................................10

*Uribe v. Kellogg's Snacks/Keebler, Inc.*,
   No. 05-Civ-02959 (PGG), 2009 WL 1098369 (S.D.N.Y. Apr. 22, 2009) ...............................11

Dated: New York, New York
February 26, 2010

                                        SEYFARTH SHAW LLP

                                    By  s/ Ashley C. Adams
                                        Ashley C. Adams
                                        Georgia Bar No. 002510
                                        *Admitted Pro Hac Vice*
                                        David M. Monachino (DMM 1527)
                                        620 Eighth Avenue
                                        New York, New York 10018
                                              (212) 218-5500

                                        Attorneys for Defendant
                                        Eclipsys Corporation

12158698v.1